UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TARPON RENTAL, INC. | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | |
| | * | |
| CHARTIS SPECIALTY INSURANCE | * | JUDGE: |
| COMPANY, AMERICAN | * | |
| INTERNATIONAL SPECIALTY LINES | * | MAGISTRATE: |
| INSURANCE AND INTERNATIONAL | * | |
| PLACEMENT SERVICES, INC. | * | |

*********************************************************************************

## COMPLAINT FOR DECLARATORY RELIEF

**NOW INTO COURT**, through undersigned counsel, comes Tarpon Rental, Inc., intervenor in this matter, who, with respect, represents:

1.

Tarpon Rental, Inc. is a domestic corporation duly organized under and pursuant to the laws of the State of Louisiana.

2.

Defendants herein are:

    a)    **CHARTIS SPECIALTY INSURANCE COMPANY**, a foreign insurance company, organized under the laws of the State of New York, and doing business in the Parish of Terrebonne, State of Louisiana;

    b)    **AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE**

**COMPANY**, a foreign insurance company, organized under the laws of the State of New York, and doing business in the Parish of Terrebonne, State of Louisiana; and

    c)    **INTERNATIONAL PLACEMENT SERVICES, INC.**, a foreign corporation, organized under the laws of the State of Missouri, and doing business in the Parish of Terrebonne, State of Louisiana.

3.

Jurisdiction is proper in this Court pursuant to its diversity of citizenship jurisdiction. Chartis Specialty Insurance Company is domiciled in New York. American International Specialty Lines Insurance Company is domiciled in New York. International Placement Services, Inc. is domiciled in St. Louis, Missouri. Complainant, Tarpon Rental, Inc., is domiciled in Louisiana.

4.

Chartis Specialty Insurance Company through American International Specialty Lines Insurance Company and with the assistance of the brokerage company, International Placement Services, Inc., issued a policy of excess commercial liability insurance to Tarpon Rental, Inc., which policy was in full force and effect on May 20 and 21, 2009.

5.

On the evening of May 20, 2009, or the early morning hours of May 21, 2009, a recreational fishing boat allided with a barge that was moored in the Falgout Canal in Terrebonne Parish, Louisiana, killing the five persons on board the boat.

6.

Claims were filed against Tarpon Rental, Inc., as the alleged owner of the recreational boat and employer of the operator of the boat, for damages incurred in the above referenced boating accident.

7.

Tarpon Rental, Inc. referred those claims to both Chartis Specialty Insurance Company and American International Specialty Lines Insurance Company, for defense and handling.

8.

Chartis Specialty Insurance Company and American International Specialty Lines Insurance Company denied coverage under their respective policies and refuses payment of any claims or damages.

9.

Tarpon Rental, Inc. maintains that the policies of insurance were in full force and

effect at the time of the accident and provided coverage for the liability alleged against Tarpon Rental, Inc. in the underlying claims.

10.

Tarpon Rental, Inc. asserts that it is entitled to a declaratory judgment in this regard and requests the court to determine whether or not policies issued by Chartis Specialty Insurance Company and American International Specialty Lines Insurance Company were in full force and effect and provided coverage for the liability alleged against Tarpon Rental, Inc.

11.

The recreational vessel involved in this allision is a 24' aluminum hull powered by an outboard engine. Registration of the vessel with the State of Louisiana Department, of Wildlife and Fisheries, reflects ownership by Michael J. Carrere, who perished in this accident.

12.

Under the commercial umbrella liability policy issued by American International Specialty Lines Insurance Company, the insurer allows coverage for watercraft that the insured, Tarpon Rental, Inc., does not own that is less than 26' in length and not being used to carry persons or property for a charge. Thus, the policy would exempt from

exclusion of coverage the vessel at issue herein.

13.

Tarpon Rental, Inc., in addition to this coverage, requested from the insurer maritime insurance coverage for which it paid an additional premium. While providing the additional coverage under an endorsement, the insurer deleted the default, non-owned vessel coverage provided under the policy and has now denied coverage. The net result is that the insurer collected an additional premium for the anticipated coverage yet removed the default coverage and exposed the insured, Tarpon Rental, Inc., to potential liability.

14.

Tarpon Rental, Inc. requests that this Honorable Court issue a declaratory judgment declaring the policies issued by Chartis Specialty Insurance Company and American International Specialty Lines Insurance Company, brokered through International Placement Services, Inc., were in full force and effect and provided coverage for the liability alleged against Tarpon Rental, Inc.

15.

Additionally, Tarpon Rental, Inc. asserts that the action of the defendants, Chartis Specialty Insurance Company and American International Specialty Lines Insurance Company, were, in fact, arbitrary and capricious and in violation of applicable statutory law governing the activities of insurers delivering policies in Louisiana and, thus, Tarpon

Rental, Inc. asserts that it is entitled to damages damages arising as a consequence of the denial of coverage by Chartis Specialty Insurance Company and American International Specialty Lines Insurance, as well as statutory penalties as may be applicable..

16.

For the reasons stated in the preceding paragraph, Tarpon Rental, Inc. seeks reasonable attorney's fees as provided under pertinent and applicable law.

**WHEREFORE**, Tarpon Rental, Inc. prays that this Complaint for Declaratory Relief be filed and served upon the defendants, Chartis Specialty Insurance Company, American International Specialty Lines Insurance Company and International Placement Services, Inc. and that after due proceedings had, there be judgment in favor of Tarpon Rental, Inc. and against Chartis Specialty Insurance Company, American International Specialty Lines Insurance Company and International Placement Services, Inc.:

    a)    Declaring that the policy of commercial liability insurance issued by Chartis Specialty Insurance Company through American International Specialty Lines Insurance Company and International Placement Services, Inc. is applicable and provides defense and indemnity coverage for the claims arising from the allision on the evening of May 20, 2009, or the early morning hours of May 21, 2009, Terrebonne Parish, Louisiana;

      c)    Awarding Tarpon Rental, Inc. any and all damages arising as a consequence of the denial of coverage by Chartis Specialty Insurance Company and American International Specialty Lines Insurance Company; and

      d)    Awarding Tarpon Rental, Inc. all costs of these proceedings, reasonable attorney's fees and all other general and equitable relief.

      Respectfully submitted;

LAW OFFICE OF CHRISTOPHER H. RIVIERE
A Professional Law Corporation


/s/ Christopher H. Riviere
CHRISTOPHER H. RIVIERE (#11297)
ERIC L. TROSCLAIR (#30099)
103 West Third Street
Post Office Box 670
Thibodaux, Louisiana 70302-0670
Telephone: (985) 447-7440
Facsimile: (985) 447-3233
Attorney for Tarpon Rental, Inc.

**PLEASE SERVE:**

**Service by waiver.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TARPON RENTAL, INC.** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **CHARTIS SPECIALTY INSURANCE COMPANY AND AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE** | * * * * | **JUDGE:** **MAGISTRATE:** |

*******************************************************************************

### VERIFICATION

**BEFORE ME**, the undersigned authority, personally came and appeared

**ERNEST P. GAUTREAUX, JR.**, President of Tarpon Rental, Inc., who after being duly

sworn deposed and said:

He is of full age of majority and he is the petitioner, and that he has read and

reviewed the above and foregoing Complaint, and that all of the allegations contained

therein are true and correct to the best of his knowledge.

*[signature: Ernest P Gautreaux Jr]*
TARPON RENTAL, INC.
BY ITS PRESIDENT
ERNEST P. GAUTREAUX, JR.

Sworn to and subscribed
before me this 16th
day of December 2011.

*[signature: Darlene C Coffman]*
Notary Public #

Darlene C. Coffman
Notary Public #47271
Terrebonne Parish, LA